UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-23362-CIV-LENARD/O'SULLIVAN

THE SHERWIN-WILLIAMS COMPANY,
f/k/a SHERWIN-WILLIAMS AUTOMOTIVE
FINISHES CORP.,

          Plaintiff,

v.

AUTO BODY TECH, INC., PALM BEACH
AUTO BODY, INC., and JAIPAL S. GILL,

          Defendants.
_____/

## NOTICE OF RELATED CASES

Plaintiff, THE SHERWIN-WILLIAMS COMPANY, f/k/a SHERWIN-WILLIAMS AUTOMOTIVE FINISHES CORP., by and through its undersigned counsel, and pursuant to this Court's Order dated November 13, 2012 [D.E. 31] hereby files its Notice of Related Cases and states as follows:

1.    Undersigned counsel is not aware of any related actions presently pending or closed civil cases previously filed in this Court, or any other Federal or State court, or administrative agency.

DATED: November 26, 2012.

                                      Respectfully submitted,

                                      **LYDECKER DIAZ**
                                      By: /s/ ALEXANDER PASTUKH
                                      **MARK A. HENDRICKS**
                                      (Fla. Bar No. 768146)
                                      **ALEXANDER PASTUKH**
                                      (Fla. Bar No. 809551)
                                      Lydecker Diaz

        1221 Brickell Ave., 19th Floor
        Miami, FL 33131
        Telephone: (305) 416-3180
        Facsimile:  (305) 416-3190
        mah@lydeckerdiaz.com
        ap@lydeckerdiaz.com

And (*Pro Hac Vice*)
**DEVANEY JACOB WILSON, PLLC**
By: */s/ JEFFREY D. WILSON*
**JEFFREY D. WILSON (P56376)**
**MICHAEL M. JACOB (P15391)**
3001 W. Big Beaver Road, Ste. 624
Troy, Michigan 48084
Telephone: (248) 649-0990
Facsimile: (248) 649-7155
jeff@djwlawfirm.com
michael@djwlawfirm.com
*Attorneys for The Sherwin-Williams Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 26, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the to the individuals listed on the Service List.

        /s/ Alexander Pastukh
        ALEXANDER PASTUKH

## SERVICE LIST

**Netali Peles**
npeles@floridalawyer.com
Archer Bay PA
25 W. Flagler St., Suite 1010
Miami, FL 33130
Telephone: (305) 456-3561
Facsimile: (866) 984-5239