# Exhibit A

## SUPPLY AGREEMENT

| "Sherwin-Williams" | "Auto Body" | "Palm Beach" |
|---|---|---|
| Sherwin-Williams Automotive Finishes Corp. | Auto Body Tech, Inc. | Palm Beach Auto Body, Inc |
| 4440 Warrensville Center Road | 8686 NW 86th Street | 2511 NW 1st Avenue |
| Warrensville Heights, Ohio 44128 | Miami, FL 33166 | Boca Raton, FL 33438 |
| Attn: Controller | Attn:_____ | Attn:_____ |

(Auto Body and Palm Beach may be individually referred to herein as a "**Customer**" and may be collectively referred to herein as "**Customers**")

"Effective Date": May 28, 2008

1. **TERM OF AGREEMENT.** The term of this Supply Agreement ("**Agreement**") shall commence on the Effective Date and shall continue until the date upon which Net Sales (as hereinafter defined) is equal to One Million Three Hundred Fifty-Five Thousand and 00/100 Dollars ($1,355,000.00) (the "**Term**").

2. **SALE OF PRODUCTS.**
    (A) During the Term, Customers shall use exclusively automotive paints and coatings manufactured and sold by Sherwin-Williams under the "Sherwin-Williams" label ("**SW Paint Products**").
    (B) During the Term, Customers shall purchase from Sherwin-Williams all of Customers' requirements for all Products (defined below) used by Customers at all automotive collision repair and refinish training facilities owned and/or operated by Customers (including future facilities), including, without limitation, the facilities located at:
    (i) 8686 NW 86th Street, Miami, FL 33166; and
    (ii) 2511 NW 1st Street, Boca Raton, FL 33438;
    (individually referred to herein as a "**Facility**" and collectively referred to herein as "**Facilities**").
    (C)



3.

5. 

SHERWIN-WILLIAMS AUTOMOTIVE
FINISHES CORP.

By: _____

Title: ___V.P. - Controller___

AUTO BODY TECH, INC.

By: _____

Title: _____P̃es._____

PALM BEACH AUTO BODY, INC.

By: _____

Title: _____V.P_____

My Commission Expires August 28, 2009