UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23362-CIV-O'SULLIVAN
[CONSENT]

THE SHERWIN-WILLIAMS COMPANY
*formerly known as* SHERWIN-WILLIAMS
AUTOMOTIVE FINISHES CORP.,

    Plaintiff,

v.

AUTO BODY TECH, INC.,
PALM BEACH AUTO BODY, INC., and
JAIPAL S. GILL,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference on March 5, 2013. Having heard from both parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that on or before **Friday, March 8, 2013** at **2:00 PM**, the parties shall submit a proposed agreed Order on the discovery propounded by the plaintiff. It is further

ORDERED AND ADJUDGED that the plaintiff shall respond to the defendants' Interrogatory Nos. 2, 6 and 7. The plaintiff's supplemental verified responses to the defendants' interrogatories shall be provided on or before **Tuesday, March 19, 2013**. It is further

ORDERED AND ADJUDGED that the plaintiff shall respond to the defendants' Request for Production Nos. 1, 2, 4, 7, 9, 10. The plaintiff shall respond to Request for Production No. 3 unless it relates to potential class members. The parties shall attempt to narrow the documents sought in Request for Production Nos. 5, 6 and 8. The plaintiff shall respond to the defendants' request for production on or before **Wednesday, April 10, 2013**. It is further

ORDERED AND ADJUDGED that all general objections for both parties are **STRICKEN**.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **5th** day of March, 2013.

                                              JOHN J. O'SULLIVAN
                                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record