UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsd.uscourts.gov

THE SHERWIN-WILLIAMS COMPANY, f/k/a
SHERWIN-WILLIAMS AUTOMOTIVE
FINISHES CORP.,

    Plaintiff,

v.

AUTO BODY TECH, INC., PALM BEACH
AUTO BODY, INC., and JAIPAL S. GILL,

    Defendants.
_____/

Case No. 1:12-cv-23362-JAL

## STIPULATED ORDER COMPELLING DEFENDANTS' DISCOVERY RESPONSES

This matter is before the Court pursuant to the parties' discovery dispute concerning Defendant Auto Body Tech's (ABT), Palm Beach Auto's (PBA) and Jaipal Gill's Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents (the "Plaintiff's Discovery Requests"). On March 5, 2013, the parties informed the Court that they had agreed to submit a stipulated order compelling Defendants' complete responses to Plaintiff's Discovery Requests. The Court ordered the parties to submit the proposed agreed Order by no later than 2:00 pm on March 8, 2013.

The parties hereby agree that Defendants withdraw their objections to Plaintiff's Discovery Requests, other than those based on privilege, and provide complete written answers and produce all documents, electronically stored information and/or tangible things responsive to Plaintiff's Discovery Requests. In particular:

    1) With respect to Interrogatories: each Defendant will fully answer Interrogatory 1 for any Request for Admission that they did not admit without qualification; each Defendant will answer Interrogatory 2 concerning any communication they had with Plaintiff that they believe support their defenses, relate to complaints they made about Plaintiff's products, relate to any alleged failure by Plaintiff to remedy such complaints,

or constitute any alleged misrepresentation by Plaintiff; Defendants must produce all documents they refer to in their Interrogatory answers; and Defendants withdraw objections to interrogatories requesting facts they believe support their affirmative defenses.

2)  With respect to Requests for Production: for all document requests to which Defendants responded "see attached" or similar, Defendants will produce all responsive documents that have not already been produced; Defendants ABT and PBA will produce documents that constitute, reflect upon or relate to any alleged defects in the products sold to them by Plaintiff in response to Request No. 8; Defendants ABT and PBA will produce documents that constitute, reflect upon or relate to all paint and related product purchases by Defendants from any manufacturer, distributor or seller other than Plaintiff from May 2008 to the present in response to Request No. 9; and all Defendants will produce all documents that otherwise support their defenses to Plaintiff's Complaint in response to Request No. 10 (ABT and PBA) and Request No. 6 to (Gill).

Defendants require until **April 17, 2013** to make the production compelled by this Order, and therefore stipulate that Plaintiff's document production (scheduled for April 10, 2013 pursuant to the Court's 3/5/13 Order) also be rescheduled to **April 17, 2013**.

DONE AND ORDERED in Chambers at Miami, Florida this 12 day of March, 2013.

_____
MAGISTRATE JUDGE JOHN J. O'SULLIVAN
U.S. Magistrate Judge

Copies furnished to:
All Counsel of Record

2

APPROVED AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| YOUNG BASILE HANLON & MACFARLANE, PC<br>3001 W. Big Beaver Road, Suite 624<br>Troy, Michigan 48084<br>Tel: (248) 649-3333<br>Fax: (248) 649-3338<br><br>By: /s/ Jeffrey S. Wilson<br>　　JEFFREY D. WILSON *(Pro Hac Vice)*<br>　　Email: wilson@youngbasile.com<br>　　MICHAEL JACOB *(Pro Hac Vice)*<br>　　Email: jacob@youngbasile.com<br><br>*Counsel for Plaintiff,*<br>*The Sherwin-Williams Company* | ARCHER BAY<br>25 W. Flagler Street, Suite 1010<br>Miami, FL 33130<br>Tel: (305) 456-3561<br>Fax: (866) 984-5239<br><br>By: /s/ Netali Peles<br>　　NETALI PELES<br>　　Florida Bar No. 84558<br>　　Email: npeles@floridalawyer.com<br><br>*Counsel for Defendants: Auto Body Tech, Inc., Palm Beach Auto Body, Inc., and Jaipal S. Gill* |
| LYDECKER DIAZ, LLC<br>1221 Brickell Avenue, 19th Floor<br>Miami, Florida 33131<br>Tel: (305) 416-3180<br>Fax: (306) 416-3190<br><br>By: /s/ Kimare S. Dyer<br>　　MARK A. HENDRICKS<br>　　Florida Bar No. 768146<br>　　Email: mah@lydeckerdiaz.com<br>　　KIMARE S. DYER<br>　　Florida Bar No. 469920<br>　　Email: kd@lydeckerdiaz.com<br><br>*Counsel for Plaintiff,*<br>*The Sherwin-Williams Company* | |

2835307