UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23362-CIV-O'SULLIVAN
[CONSENT]

THE SHERWIN-WILLIAMS COMPANY
*formerly known as* SHERWIN-WILLIAMS
AUTOMOTIVE FINISHES CORP.,
    Plaintiff,
v.

AUTO BODY TECH, INC.,
PALM BEACH AUTO BODY, INC., and
JAIPAL S. GILL,
    Defendants.
_____/

## ORDER AND RE-NOTICE OF HEARING

THIS MATTER is before the Court on Archer Bay, P.A.'s Unopposed Motion for Continuance of May 8, 2013, Hearing (DE # 84, 5/6/13). Having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED that Archer Bay, P.A.'s Unopposed Motion for Continuance of May 8, 2013, Hearing (DE # 84, 5/6/13) is GRANTED. Accordingly,

PLEASE TAKE NOTICE that the **plaintiff's Motion to Strike and/or Dismiss Defendants' Counterclaim and Supporting Memorandum of Law (DE# 56, 2/15/13)** and the **Defendants' Motion for Leave to File Amended Answer, Affirmative Defenses and Counterclaim (DE# 65, 3/4/13)** are re-set for hearing before the undersigned on **Monday, May 20, 2013 at 2:00 P.M.** in the C. Clyde Atkins United States District Court, 301 N. Miami Avenue, Fifth Floor, Miami, Florida, 33128. Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 7th day of May, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record