UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23362-CIV-O'SULLIVAN
[CONSENT]

THE SHERWIN-WILLIAMS COMPANY
*formerly known as* SHERWIN-WILLIAMS
AUTOMOTIVE FINISHES CORP.,
    Plaintiff,
v.

AUTO BODY TECH, INC.,
PALM BEACH AUTO BODY, INC., and
JAIPAL S. GILL,
    Defendants.
                               /

<u>ORDER</u>

THIS MATTER comes before the Court *sua sponte*. On July 12, 2013, this Court ordered the individual defendant and representatives for the corporate defendants to be present at the hearing before the undersigned at 2:30 p.m. on July 19, 2013, on their counsel's motion to withdraw. Neither the individual defendant nor the representatives of the corporate defendants appeared as ordered. Due to the defendants' failure to comply with the Court's Order (DE# 113), it is

ORDERED AND ADJUDGED that by **August 23, 2013**, the individual defendant and representatives for the corporate defendants shall file a memorandum addressing why they should not be sanctioned and held in contempt. It is further

ORDERED AND ADJUDGED that a show cause hearing shall take place before the undersigned on **Friday, August 30, 2013** at **2 p.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Fifth Floor, Miami, Florida 33128. **The defendants shall be prepared to show cause why they should not be sanctioned**

**and held in contempt.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. It is further

ORDERED AND ADJUDGED that former defense counsel, Netali Peles, Esq., shall promptly serve copies of this Order on the corporate defendants and Jaipal S. Gil, individually, and file a notice of compliance with the Court.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 19th day of July, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All Counsel of Record