**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

THE SHERWIN WILLIAMS COMPANY
*Formerly known as* SHERWIN-WILLIAMS
AUTOMOTIVE FINISHES CORP.,

    Plaintiff

v.                                    CASE NO.: 1:12-cv-23362-JJO
                                       CIV-O'SULLIVAN

AUTO BODY TECH, INC.
PALM BEACH AUTO BODY, INC. and
JAIPAL S. GILL,

    Defendants,

_____/

**NOTICE OF CONVENTIONAL FILING**

Please take notice that undersigned counsel's Notice of Appearance, being filed contemporaneously with this Notice, is sent to the Clerk of Court, to be filed conventionally. These filings are sent for conventional filing due to undersigned counsel participating in the on-line training program, on the afternoon of August 1, 2013. The availability of Password(s), needed for electronic filing, will be delayed. By the Order of The Honorable John O'Sullivan, dated July 19, 2013, the Defendant(s) new counsel shall file their Appearance no later than August 2, 2013.

/S/ Jacqulyn Mack, Esq.
JACQULYN MACK, ESQUIRE
**MACK LAW FIRM CHARTERED**
jacqulyn@macklawfirm.org

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F ☼
www.MackLawFirm.org

*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

        Primary:    eservice1@macklawfirm.org
        Secondary:  eservice2@macklawfirm.org
**MACK LAW FIRM CHARTERED**
2022 Placida Road
Englewood, Florida 34224-5204
(941) 475-7966
(941) 475-0729 - fax
**and**
27 Fletcher Ave.
Sarasota, Florida 34237
(941) 893 -6400
Attorney for AUTO BODY TECH, INC.
PALM BEACH AUTO BODY, INC. and
JAIPAL S. GILL
Florida Bar No.: 0134902

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to the following, by E-Service, on this 1st day of August, 2013:

**Jeffrey D. Wilson**
Young Basile Hanlon & MacFarlane, PC
3001 W. Big Beaver Road
Suite 624
Troy, MI 48084
248-649-3333
Email: wilson@youngbasile.com

**Kimare S Dyer**
Lydecker Diaz
1221 Brickell Avenue
19th Floir
Miami, FL 33131
305 416 3180
Email: kd@lydeckerdiaz.com

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F ☼
www.MackLawFirm.org

*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

**Mark A. Hendricks**
Lydecker Diaz
1221 Brickell Avennue
19th Floor
Miami, FL 33131
305/416-3180
Fax: 305/416-3190
Email: mah@lydeckerdiaz.com

**Michael M. Jacob**
Young Basile Hanlon & MacFarlane, PC
3001 W. Big Beaver Road
Suite 624
Troy, MI 48084
248-649-0990
Email: jacob@youngbasile.com

**Ryan T. McCleary**
Young Basile Hanlon & MacFarlane, PC
3001 W. Big Beaver Road
Suite 624
Troy, MI 48084
248-649-3333
Email: mccleary@youngbasile.com

**Marc David Wolfe**
Young Basile Hanlon & MacFarlane, PC
3001 W. Big Beaver Road, Suite 624
Troy, MI 48084
(248) 649-3333
Email: wolfe@youngbasile.com

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F ☼
www.MackLawFirm.org

*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

**Bradford Allen Patrick**
Law Offices of Bradford A Patrick PA
3001 N Rocky Point Drive East
Suite 200
Tampa, FL 33607
813-384-8548
Fax: 813-333-7321
Email: notices@baplegal.com

/S/ Jacqulyn Mack, Esq.
JACQULYN MACK

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F ☼
www.MackLawFirm.org

*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*