UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23362-CIV-O'SULLIVAN
[CONSENT]

THE SHERWIN-WILLIAMS COMPANY
*formerly known as* SHERWIN-WILLIAMS
AUTOMOTIVE FINISHES CORP.,
    Plaintiff,
v.

AUTO BODY TECH, INC.,
PALM BEACH AUTO BODY, INC., and
JAIPAL S. GILL,
    Defendants.
_____/

ORDER

THIS MATTER comes before the Court on the Motion to Dismiss Defendants' Amended the Counterclaim (DE # 104, 7/3/13), the Defendant, Jaipal Gill's Motion for Protective Order (DE # 142, 10/3/13), the Defendants' Response to Plaintiff's Discovery Dispute Claims (DE # 143, 10/3/13), the plaintiff's Notice of Hearing (DE # 141, 9/27/13), and following an informal discovery conference held before the undersigned on October 3, 2013.  The Defendant, Jaipal Gill's Motion for Protective Order (DE # 142, 10/3/13), the Defendants' Response to Plaintiff's Discovery Dispute Claims (DE # 143, 10/3/13), and the plaintiff's Notice of Hearing (DE # 141, 9/27/13) all having failed to comply with the discovery procedures in place in this matter found on the docket at docket entry number 31 and docket entry number 44, it is

ORDERED AND ADJUDGED that the Defendant, Jaipal Gill's Motion for Protective Order (DE # 142, 10/3/13) is STRICKEN from the record. It is further

ORDERED AND ADJUDGED that the Defendants' Response to Plaintiff's

Discovery Dispute Claims (DE # 143, 10/3/13) is STRICKEN from the record.    It is further

ORDERED AND ADJUDGED that the law and argument contained in the plaintiff's Notice of Hearing (DE # 141, 9/27/13) is STRICKEN from the record.    It is further

ORDERED AND ADJUDGED that, in the future, the parties shall abide by the discovery procedures in place in this.  It is further

ORDERED AND ADJUDGED that the Motion to Dismiss Defendants' Amended the Counterclaim (DE # 104, 7/3/13) is DENIED as moot. For the reasons stated on the record, it is further

ORDERED AND ADJUDGED that counsel for the plaintiff shall be permitted to re-take the deposition testimony of Mr. Gill and Mr. Akturk.  The inquiry at the depositions shall be limited to specific instances of conduct regarding truthfulness or untruthfulness.  For the reasons stated on the record, it is further

ORDERED AND ADJUDGED that the aforementioned continued depositions shall occur at 10:00 AM on October 17, 2013, in an office in Miami, unless the parties agree otherwise.  For the reasons stated on the record, it is further

ORDERED AND ADJUDGED that before the close of business today, October 3, 2013, the plaintiff shall e-mail the defendants all the discovery that has been provided to the plaintiff by the defendants thus far in this case.    For the reasons stated on the record, it is further

ORDERED AND ADJUDGED that on or before October 9, 2013, the defendants shall produce to the plaintiff all discovery documents in their possession, custody or

control.  Any documents produced by the defendants to the plaintiff today or later may not be used by the defendants in the defense of this case unless agreed to by the plaintiff or allowed by further Order of this Court.   For the reasons stated on the record, it is further

ORDERED AND ADJUDGED that after the plaintiff receives the new discovery from the defendants, the parties shall meet in an attempt to determine which, if any of the newly produced documents, the parties agree may be used in this matter.  For the reasons stated on the record, it is further

ORDERED AND ADJUDGED that plaintiff's counsel, Mr, Wilson, shall be reimbursed by the defendants for two (2) hours for his time at the hearing today, October 3, 2013, and two (2) hours for his time on the date of the continued depositions, (for a total of four (4) hours) at a rate of $250.00 per hour, for a total amount of $1,000.00.   Payment shall be made to Mr. Wilson on or before the date of the continued depositions.   For the reasons stated on the record, it is further

ORDERED AND ADJUDGED that on or before October 9, 2013, the defendants shall file an Amended Answer and Counter-Claim.  The defendants may not allege facts or claims that were not previously alleged and may not allege any new affirmative defenses.  For the reasons stated on the record, it is further

ORDERED AND ADJUDGED that on or before October 23, 2013, the plaintiff shall file any motion it may have regarding the defendants' counterclaims or affirmative defenses.  Should such a motion be filed, the response is due on November 6, 2013, and the reply is due on November 13, 2013. For the reasons stated on the record, it is further

ORDERED AND ADJUDGED that no opinions or testimony will be allowed from the defense expert. For the reasons stated on the record, it is further

ORDERED AND ADJUDGED that this matter is set for an Informal Discovery Conference on October 10, 2013, at 3:00 P.M. If the parties determine they do not need the hearing on October 10, 2013, the parties shall notify this Court immediately.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 3rd day of October, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All Counsel of Record