# CIVIL CALENDAR/MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### 5TH FLOOR    TIME: 3:00 PM

## MAGISTRATE JUDGE JOHN J. O'SULLIVAN

Case No. 12-23362-CIV-O'SULLIVAN    Date: October 10, 2013    END: 3:50

Clerk: Cherle R. Griffin    DAR No. 15:11:29

Court Reporter: N/A

Title of Case: THE SHERWIN-WILLIAMS COMPANY V. AUTO BODY TECH, INC., ET AL

P. Attorney(s): ~~KIMARE DYER,~~ JEFFREY WILSON (BY TELEPHONE)

D. Attorney(s): ~~NETALI PELES~~ JACQULYN MACK (by telephone)

Reason for hearing: INFORMAL DISCOVERY

Result of hearing: DISCOVERY HEARING HELD. ORDER TO FOLLOW.