UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsd.uscourts.gov

THE SHERWIN-WILLIAMS COMPANY,
f/k/a SHERWIN-WILLIAMS
AUTOMOTIVE FINISHES CORP.,

    Plaintiff,

v.

AUTO BODY TECH, INC.,
PALM BEACH AUTO BODY, INC., and
JAIPAL S. GILL,

    Defendants.

Case No. 1:12-cv-23362-JJO

Hon. John J. O'Sullivan

**PLAINTIFF'S NOTICE OF FILING EXHIBITS TO
PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO RULE 37 [DE #167]**

    Plaintiff/Counter-Defendant, The Sherwin-Williams Company, by and through undersigned counsel, hereby give notice of re-filing Exhibits 1-3 for Plaintiff's Motion for Sanctions Pursuant to Rule 37 [DE #167].  Exhibits 1-3 were previously filed at DE #170.  Per the Clerk's Notice [DE #171], Exhibits 1-3 are now being re-filed to contain a caption and are attached hereto.

    DATED this 22nd day of November, 2013.

YOUNG BASILE HANLON &
MACFARLANE, PC
3001 W. Big Beaver Road, Suite 624
Troy, Michigan 48084
Tel: (248) 649-3333
Fax: (248) 649-3338

By:    */s/ Marc D. Wolfe*
MARC D. WOLFE
Florida Bar No. 925861
Email: wolfe@youngbasile.com

{YB:00120320.DOCX }

JEFFREY D. WILSON *(Pro Hac Vice)*
Email: *wilson@youngbasile.com*

and

LYDECKER DIAZ, LLC
*Attorneys for Plaintiff*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Tel: (305) 416-3180
Fax: (306) 416-3190

KIMARE S. DYER
Florida Bar No. 269920
Email: *kd@lydeckerdiaz.com*
MARK A. HENDRICKS
Florida Bar No. 768146
Email: *mah@lydeckerdiaz.com*

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 22, 2013, he caused the foregoing to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

By: */s/ Marc D. Wolfe* _____
     MARC D. WOLFE