UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23362-CIV-O'SULLIVAN

THE SHERWIN WILLIAMS COMPANY
*Formerly known as* SHERWIN-
WILLIAMS AUTOMOTIVE
FINISHES CORP.,

Plaintiff/Counter-Defendant

v.

AUTO BODY TECH, INC.
PALM BEACH AUTO BODY,
INC. and JAIPAL S. GILL,

Defendants/Counter-Plaintiffs.

_____/

## NOTICE OF CONFLICT

The Defendants, by and through their undersigned attorney, file this Notice of Conflict, and would show:

1.      That the instant case is scheduled for Trial on June 16, 2014.

2.      That on June 16, 2014, counsel for the Defendants has a Circuit Civil Trial scheduled, in Sarasota County, FL on the following case:

   *Green Tree Servicing v Gary Nickols*  Case No.: 2010-CA- 011648 NC

   before The Honorable Judge Nancy Donnellan in Sarasota County, FL. This was filed and set for Trial on April 29, 2014. (*see Exhibit A)*

3.      Judge Donnellan, or her Judicial Assistant, can be reached at (941) 861-8143 for verification purposes, if necessary.

                                        /s/ Jacqulyn Mack_____
                                        Jacqulyn Mack, Esquire
                                        MACK LAW FIRM CHARTERED
                                        2022 Placida Road
                                        Englewood, FL 34224
                                        (941) 475-7966
                                        Attorney for Defendants
                                        Florida Bar No.:0134902

## <u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that the original Notice of Conflict has been filed with the Clerk of Court, and that a true and correct copy of the foregoing has been sent to The Honorable Judge Nancy Donnellan, 2071 Ringling Blvd, 6th Floor, Sarasota FL 34237 and to The Honorable Judge John O'Sullivan, 301 North Miami Avenue, 5th Floor, Miami, FL 33128 and the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties that are not authoirsed to recevied electronically Notice of Electronic Filing on this 2nd day of May, 2014

/s/ Jacqulyn Mack\_\_\_\_\_
Jacqulyn Mack, Esquire

# IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
# IN AND FOR SARASOTA COUNTY, FLORIDA

**GREEN TREE SERVICING LLC**
    Plaintiff(s)

    v.                         **Case Number: 2010CA011648NC**

**GARY NICLOLS, ET AL**
    Defendant(s).

---

## ORDER VACATING ORDER OF REFERRAL TO
## FORECLOSURE MAGISTRATE AND ORDER SETTING CASE FOR
## RESIDENTIAL MORTGAGE FORECLOSURE NON-JURY TRIAL

A timely objection to this Court's Order of Referral to the Foreclosure Magistrate has been filed, therefore, **IT IS HEREBY** ordered that this Court's previous Order of Referral to the General Foreclosure Magistrate dated **APRIL 10, 2014,** is **VACATED**, and that that this case be set for trial in front of the presiding judge as follows:

      **MONDAY, JUNE 16, 2014 at 9:00 AM**

    The trial will be held at:

        Sarasota County Justice Center
        Courtroom 2
        2071 Ringling Blvd, 6th Floor
        Sarasota, FL 34237

      **DONE AND ORDERED** in Chambers in Sarasota County, Florida, this 24 day of April, 2014.

                                        NANCY K DONNELLAN
                                        Senior Circuit Judge
                                        Twelfth Judicial Circuit

*Copies furnished to parties listed on attached service list*

EXHIBIT A

Filed for record 04/29/2014 10:00 AM Karen E Rushing, Clerk of the Circuit Court - Sarasota County, FL



## SERVICE LIST

MACK LAW FIRM
27 FLETCHER AVE
SARASOTA, FL 34239

SDH LEGAL GROUP
PO BOX 11438
FORT LAUDERDALE, FL 33339

ALAN KINGSLEY ESQ
PNC BANK NA
550 W CYPRESS CREEK RD STE 550
FORT LAUDERDALE, FL 33309

JACQULYN MACK, ESQ
2022 PLACIDA RD
ENGLEWOOD, FL 34224

## NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota Clerk of Court's Jury Office at (941) 861-7801 or write to P.O. Box 3079, Sarasota, Florida 34230-3079, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; If you are hearing impaired, call 1-800-955-8771; if you are voice impaired, call 1-800-955-8770.

EXHIBIT A