UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23362-CIV-O'SULLIVAN
[CONSENT]

THE SHERWIN-WILLIAMS COMPANY
*formerly known as* SHERWIN-WILLIAMS
AUTOMOTIVE FINISHES CORP.,

    Plaintiff,

v.

AUTO BODY TECH, INC.,
PALM BEACH AUTO BODY, INC., and
JAIPAL S. GILL,

    Defendants.
                          /

## ORDER ON MOTIONS AND SETTING CALENDAR CALL

THIS MATTER is before the Court on the plaintiff's Motion in Limine to Exclude Evidence of Special, Indirect, Incidental and Consequential Damages (DE#166, 11/20/13) and the plaintiff's Motion for Sanctions Pursuant to Rule 37 (DE# 167, 11/20/14).  Having reviewed the respective motions, responses and replies, and having heard argument at the Final Pretrial Conference, it is

ORDERED AND ADJUDGED that for the reasons stated on the record, the plaintiff's Motion in Limine to Exclude Evidence of Special, Indirect, Incidental and Consequential Damages (DE#166, 11/20/13) is GRANTED. It is further

ORDERED AND ADJUDGED that for the reasons stated on the record, the plaintiff's Motion for Sanctions Pursuant to Rule 37 (DE# 167, 11/20/14) is GRANTED in part.  The defendants are prohibited from presenting testimony or evidence regarding the subject videos.  The plaintiff's request for attorneys' fees as sanctions is DENIED.  It is further

ORDERED AND ADJUDGED that this matter is set for a **Calendar Call** before United States Magistrate Judge John J. O'Sullivan at the United States District Court, 301 North Miami Avenue, Miami, Florida, Fifth Floor at **3:30 P.M.** on **Wednesday, June 11, 2014**. It is further

ORDERED AND ADJUDGED that the parties shall file their combined proposed jury instructions by **June 9, 2014**. It is further

ORDERED AND ADJUDGED that by **June 9, 2014** the parties shall file amended witness lists and exhibit lists. The exhibit lists should reflect the parties' objections to any exhibits.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **28th** day of May, 2014.

                                        JOHN J. O'SULLIVAN
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record