UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23362-CIV-O'SULLIVAN

THE SHERWIN WILLIAMS COMPANY
*Formerly known as* SHERWIN-WILLIAMS AUTOMOTIVE FINISHES CORP.,

    Plaintiff/Counter-Defendant v.

AUTO BODY TECH, INC.
PALM BEACH AUTO BODY, INC.
and JAIPAL S. GILL,

    Defendants/Counter-Plaintiffs.
_____/

Page | 1

### DEFENDANTS'/COUNTER-PLAINTIFFS' PRETRIAL DISCLOSURES MADE IN ACCORDANCE WITH FED. R. CIV. P. 26(a)(3) and Local Rule of Procedure 16.1(e )(9) and (10)

Defendants/Counter-Plaintiffs, AUTO BODY TECH, INC., PALM BEACH AUTO BODY, INC., and JAIPAL S. GILL, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 26 and Local Rule of Civil Procedure 16.1 (e)(9) and (10), hereby submit their pretrial disclosures and state:

I. **DEFENDANTS/COUNTER-PLAINTIFFS' FIRST AMENDED TRIAL AND WITNESS LIST**

    A. Witnesses Whom Defendants/Counter-Plaintiffs *Expect* To Present At Trial

        1. **Sal Akturk**
           c/o Jacqulyn Mack, Esquire, Mack Law Firm Chartered
           2022 Placida Road
           Englewood, Fl 34224-5204

        2. **Jaipal Gill**
           c/o Jacqulyn Mack, Esquire, Mack Law Firm Chartered
           2022 Placida Road
           Englewood, Fl 34224-5204

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

Page | 2

3. **Hasan Aldemir**
    c/o Jacqulyn Mack, Esquire, Mack Law Firm Chartered
    2022 Placida Road
    Englewood, Fl 34224-5204

4. **Danny Cardona**
    c/o Jacqulyn Mack, Esquire, Mack Law Firm Chartered
    2022 Placida Road
    Englewood, Fl 34224-5204

5. **Pedro de Armas**
    c/o Jacqulyn Mack, Esquire, Mack Law Firm Chartered
    2022 Placida Road
    Englewood, Fl 34224-5204

6. **Raymond Sabatier**
    c/o Jacqulyn Mack, Esquire, Mack Law Firm Chartered
    2022 Placida Road
    Englewood, Fl 34224-5204

7. **Kingsway Amigo Insurance Company-Records Custodian**
    3155 N.W. 77th Ave.,
    Miami FL 33122-3700

8. **Allstate Insurance Company, Records Custodian**
    2775 Sanders Rd., Northbrook, IL  60062

9. **Sidhu Kamaljit**
    45 Short Ridge 8
    Alexander City, AL 35010
    Phone Numbers:
    1. (334) 244-7850
    2. (334) 549-2992
    3. (334) 312-0849

B.  **Witnesses Whom Defendants/Counter-Plaintiffs *May* Call At Trial If The Need Arises**

   1.     All witnesses listed by any other party to this action.

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re:  Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

2. All witnesses necessary for impeachment, cross-examination, rebuttal, or document authentication.

3. All witnesses identified during discovery.

4. All witnesses who have been deposed.

5. Defendants/Counter-Plaintiffs reserve the right to amend, supplement or modify their witness list.

6. Defendants/Counter-Plaintiffs reserve the right to call any person or entity whose deposition was not taken prior to the close of discovery as a witness at trial for any purpose, either by deposition or live testimony.

## II. DESIGNATION OF THOSE WITNESSES WHOSE TESTIMONY DEFENDANTS/COUNTER-PLAINTIFFS EXPECT TO PRESENT BY DEPOSITION

Defendants/Counter-Plaintiffs cannot presently anticipate those witnesses whose testimony they expect to present at trial by deposition.

## III. DEFENDANT'S/COUNTER-PLAINTIFF'S TRIAL EXHIBIT LIST

At present, the exhibits that Defendants/Counter-Plaintiffs expect to offer at trial are contained in Exhibit A attached hereto. The exhibits that Defendants/Counter-Plaintiffs may offer if the need arises are also contained in Exhibit A attached hereto. The Defendants/Counter-Plaintiff's reserve the right to add or amend their exhibit list after the Court's ruling on the motions identified in section (IV)

## IV. RESERVATION OF RIGHTS TO SUPPLEMENT, AMEND, ALTER AND MODIFY PRETRIAL DISCLOSURES

Defendants/Counter-Plaintiffs base their Trial Witness List, List of Witnesses to Present by Designation, and Trial Exhibit List on information currently known to them. Defendants/Counter-Plaintiffs reserve the right to supplement, amend, alter or modify their Trial Witness List, List of Witnesses to Present by Designation, and Trial Exhibit List after

Page | 3

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
**www.MackLawFirm.org**
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

the Court rules upon the following outstanding matters:

a. Plaintiff's motion to dismiss Defendant's Second Amended Counterclaims (DE 157)

b. Defendant's motion for summary judgment as to the guaranty (DE 160)

c. Plaintiff's motion *in limine* to exclude evidence of special, indirect, incidental, and consequential damages (DE 166)

d. Plaintiff's motion for sanctions pursuant to Rule 37 (DE 167)

e. Plaintiff's motion for summary judgment (DE 168)

Page | 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned electronically filed the foregoing document on June 5, 2014 with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties that are not authorized to recevied electronically Notice of Electronic Filing.

/s/ Jacqulyn Mack
Jacqulyn Mack, Esquire
jacqulyn@MackLawFirm.org
Primary:  eservice1@macklawfirm.org
Secondary: eservice2@macklawfirm.org
**MACK LAW FIRM CHARTERED**
2022 Placida Road
Englewood, Florida  34224-5204
(941) 475-7966 telephone
(941) 475-0729 facsimile
Florida Bar No.:0134902
Attorney for Defendants

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
**www.MackLawFirm.org**
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re:  Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
**www.MackLawFirm.org**
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re:  Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

# EXHIBIT A

| Trial Exh# | Date | Description | Bates No. | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|---|
| | 10/15/2009 | Allstate Repair Facility Services Agreement with Auto Body Tech | CM 000001 – CM 000008 | | | |
| | 10/15/2009 | Allstate Priority Repair Option: Requirements for Participation | CM 000009 – CM 000014 | | | |
| | 12/11/2009 | Esurance Direct Repair Program Agreement with Auto Body Tech | CM 000015 – CM 000022 | | | |
| | 10/12/2009 | Auto Body Tech Shop Performance within Market for Allstate | CM 000030 | | | |
| | 9/16/2009 | Auto Body Tech Shop Performance within Market for Allstate | CM 000031 | | | |
| | 11/9/2009 | Auto Body Tech Shop Performance within Market for Allstate | CM 000032 | | | |
| | 12/14/2009 | Auto Body Tech Shop Performance within Market for Allstate | CM 000033 | | | |
| | 1/11/2010 | Auto Body Tech Shop Performance within Market for Allstate | CM 000034 | | | |
| | 2/9/2010 | Auto Body Tech Shop Performance within Market for Allstate | CM 000035 | | | |
| | 3/10/2010 | Auto Body Tech Shop Performance within Market for Allstate | CM 000036 | | | |
| | 7/14/2010 | Auto Body Tech Shop Performance within Market for Allstate | CM 000037 | | | |
| | 8/9/2010 | Auto Body Tech Shop Performance within Market for Allstate | CM 000038 | | | |
| | 7/14/2010 | Auto Body Tech Shop Performance within Market for Allstate | CM 000039 | | | |
| | 12/15/2012 | Auto Body Tech Shop Performance within Market for Allstate | CM 000040 | | | |
| | 5/12/2011 | Auto Body Tech Shop Performance within Market for Allstate | CM 000041 | | | |
| | 7/10/2011 | Auto Body Tech Shop Performance within Market for Allstate | CM 000042 | | | |
| | 11/19/2011 | Auto Body Tech Shop Performance within Market for Allstate | CM 000043 | | | |

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

Page | 7

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1/19/2013 | Auto Body Tech Shop Performance within Market for Allstate | CM 000044 | | | |
| | 2/4/2013 | Auto Body Tech Shop Performance within Market for Allstate | CM 000045 | | | |
| | 3/4/2013 | Auto Body Tech Shop Performance within Market for Allstate | CM 000046 | | | |
| | 8/5/2013 | Auto Body Tech Shop Performance within Market for Allstate | CM 000047 | | | |
| | 5/1/2013 | State Farm Select Service Agreement with Auto Body Tech | CM 000023 – CM 000029 | | | |
| | 9/6/2013 | Formula Express Cost by RO for Auto Body Tech from 1/1/2011 – 7/3/2011 | Response to Pltf RTP to ABT and Gill 000404 - 000443 | | | |
| | 9/6/2013 | Formula Express Cost by RO for Auto Body Tech from 1/1/2009 – 7/3/2009 | Response to Pltf RTP to ABT and Gill 000133 - 000213 | | | |
| | 9/6/2013 | Formula Express Cost by RO for Auto Body Tech from 1/1/2010 – 7/3/2010 | Response to Pltf RTP to ABT and Gill 000281 - 000349 | | | |
| | 9/6/2013 | Formula Express Cost by RO for Auto Body Tech from 1/1/2012 – 7/2/2012 | Response to Pltf RTP to ABT and Gill 000481 - 000496 | | | |
| | 9/6/2013 | Formula Express Cost by RO for Auto Body Tech from 5/1/2008 – 10/31/2008 | Response to Pltf RTP to ABT and Gill 0000040 - 00000104 | | | |
| | 9/6/2013 | Formula Express Cost by RO for Auto Body Tech from 7/1/2009 – 12/31/2009 | Response to Pltf RTP to ABT and Gill 000214 - 000280 | | | |
| | 9/6/2013 | Formula Express Cost by RO for Auto Body Tech from 7/1/2010 – 12/31/2010 | Response to Pltf RTP to ABT and Gill 000350 - 000402 | | | |
| | 9/6/2013 | Formula Express Cost by RO for Auto Body Tech from 7/4/2011 – 7/31/2011 | Response to Pltf RTP to ABT and Gill 000444 - 000449 | | | |

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re:  Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9/6/2013 | Formula Express Cost by RO for Auto Body Tech from 8/1/2011 – 12/31/2011 | Response to Pltf RTP to ABT and Gill 000450 - 000480 | | | |
| | 9/6/2013 | Formula Express Cost by RO for Auto Body Tech from 11/1/2008 – 12/31/2008 | Response to Pltf RTP to ABT and Gill 000105 - 000132 | | | |
| | 3/14/2008 | Proposal | ABT 1 – ABT 6 | | | |
| | 1/29/2013 | Journal Listings | ABT 7 – ABT 45 | | | |
| | 1/29/2013 | Journal Listings | ABT 46-ABT 90 | | | |
| | 1/29/2013 | Journal Listings | ABT 91- ABT 119 | | | |
| | 11/18/2009 | Certificate of Attendance for Nelson Vasquez | ABT 120 | | | |
| | 11/18/2009 | Certificate of Attendance for Saul Castillo | ABT 121 | | | |
| | 12/9/2009 | Painter Certification for Saul Castillo | ABT 122 | | | |
| | 12/9/2009 | Painter Certification for Nelson Vasquez | ABT 123 | | | |
| | 4/13/2010 | Certificate of Achievement Award to Ricardo Cordova | ABT 124 | | | |
| | 8/11/2010 | SW Automotive Finishes Corp. Presented to Selahaddin Arturk | ABT 125 | | | |
| | 6/23/2008 | Toner Agreement | ABT 126 | | | |
| | 5/28/2008 | Mixing Equipment Lease Agreement | ABT 127 | | | |
| | 5/28/2008 | Addendum A | ABT 128 | | | |
| | 5/1/2008 | SW Invoice | ABT 129 – ABT 133 | | | |
| | 5/29/2008 | SW Receipt for the Invoice | ABT 134- ABT 135 | | | |
| | 5/31/2013 | Journal Listing | ABT 136 – ABT 171 | | | |
| | 6/1/2013 | ABT Find Report | ABT 172 – ABT 173 | | | |
| | 6/3/2013 | Departmental Report | ABT 176 – ABT 557 | | | |
| | 2007 | Limited Warranty | ABT 558 ABT 559 | | | |
| | 6/5/2013 | Departmental Report | ABT560 – ABT 699 | | | |
| | 9/21/2013 | Cost By RO | Response to Pltf RTP to ABT and Gill001176 - Response to | | | |

Page | 8

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Pltf RTP to ABT and Gill001184 |  |  |  |
|  | 12/23/2008 | U.S. Security Insurance Company Inc. Supplement 1 | Response to Pltf RTP to ABT and Gill001185 - Response to Pltf RTP to ABT and Gill001188 |  |  |  |
|  | 12/23/2008 | Supplement Reconciliation | Response to Pltf RTP to ABT and Gill001189 |  |  |  |
|  | 12/22/2008 | Keystone Invoice | Response to Pltf RTP to ABT and Gill001190 |  |  |  |
|  | 12/22/2008 | U.S. Security Insurance Company Inc. Preliminary Supplement Request | Response to Pltf RTP to ABT and Gill001191 |  |  |  |
|  | 12/15/2008 | U.S. Security Insurance Company Inc. Estimate | Response to Pltf RTP to ABT and Gill001192 - Response to Pltf RTP to ABT and Gill001195 |  |  |  |
|  | 9/21/2013 | Cost By RO | Response to Pltf RTP to ABT and Gill001196 - Response to Pltf RTP to ABT and Gill001233 |  |  |  |
|  | 9/22/2013 | Cost By RO | Response to Pltf RTP to ABT and Gill001234 - Response to Pltf RTP to ABT and Gill001430 |  |  |  |
|  | 6/11/2008 | SW Finishes Corp. Proudly Presents Deoraj Ramanath | Response to Pltf RTP to ABT and Gill001431 |  |  |  |
|  | 6/3/2008 | SW Finishes Corp. Proudly Presents Joshua Brown | Response to Pltf RTP to ABT and |  |  |  |

Page | 9

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
**www.MackLawFirm.org**
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re:  Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

| | Date | Description | Bates |
|---|---|---|---|
| | | | Gill001432 |
| | 6/3/2008 | SW Finishes Corp. Proudly Presents Hasan Akturk | Response to Pltf RTP to ABT and Gill001433 |
| | 12/9/2009 | Painter Certification for Reinier Terreno | Response to Pltf RTP to ABT and Gill001434 |
| | 6/3/2008 | SW Finishes Corp. Proudly Presents Joshua Brown | Response to Pltf RTP to ABT and Gill001435 |
| | 6/3/2008 | SW Finishes Corp. Proudly Presents Hasan Akrurk | Response to Pltf RTP to ABT and Gill001436 |
| | 9/21/2013 | Cost by RO | Response to Pltf RTP to ABT and Gill001437 - Response to Pltf RTP to ABT and Gill001464 |
| | 5/24/2013 | Ford Motor Company Certification Letter | Response to Pltf RTP to ABT and Gill001164 |
| | 6/5/2013 | Departmental Report | Response to Pltf RTP to ABT and Gill001012 - Response to Pltf RTP to ABT and Gill001151 |
| | 6/7/2013 | Gross Profit / Job Cost Summary | Response to Pltf RTP to ABT and Gill001010 - Response to Pltf RTP to ABT and Gill001011 |
| | 10/2011 | Letter from Audi of America | Response to Pltf RTP to ABT and Gill001153 |
| | 10/1/2012 | Mercedes-Benz Certified Collisions Program Standards | Response to Pltf RTP to ABT and Gill001152 |
| | 1/30/1998 | Land Rover Paint Codes and | Response to |

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re:  Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

Page | 10

|  |  | Colors | Pltf RTP to ABT and Gill001159 - Response to Pltf RTP to ABT and Gill001163 |  |  |  |
|---|---|---|---|---|---|---|
|  | 1/30/1998 | Land Rover Paint Codes and Colors | Response to Pltf RTP to ABT and Gill001154 - Response to Pltf RTP to ABT and Gill001158 |  |  |  |
|  | 3/11/2010 | Mercedes-Benz Approved Refinishing Products | Response to Pltf RTP to ABT and Gill001166 - Response to Pltf RTP to ABT and Gill001175 |  |  |  |
|  | 6/3/2013 | Customer VOC Usage by Class | Response to Pltf RTP to ABT and Gill001007 - Response to Pltf RTP to ABT and Gill001009 |  |  |  |
|  | 6/3/2013 | Departmental Report | Response to Pltf RTP to ABT and Gill000497 - Response to Pltf RTP to ABT and Gill0001006 |  |  |  |
|  | 7/6/2000 | Volkswagon Dealer General Managers and Service Managers | Response to Pltf RTP to ABT and Gill001165 |  |  |  |
|  | 1/5/2009 - 5/2/2012 | Sales/Tech Call Log - Danny Cardona, SW Sales Representative | Sales/Tech Call Log - Danny Cardona, SW sales Rep page 1 - 9 |  |  |  |
|  | 9/13/2013 | Deposition of Jaipal Gill and Exhibits | Deposition of Jaipal Gill dated 9/13/2013 page 1 through page 48 |  |  |  |

Page | 11

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

| | 9/13/2013 | Deposition of Sal Akturk and Exhibits | Deposition of Sal Akturk dated 9/13/2013 page 1 - 163 | | | |
|---|---|---|---|---|---|---|
| | 9/12/2013 | Deposition of Selahaddin Akturk and Exhibits | Deposition of Selahaddin Akturk dated 9/12/2013 page 1 - 127 | | | |
| | 9/20/2013 | Deposition of Robert Orme and Exhibits | Deposition of Robert Orme dated 9/20/2013 page 1 - 173 | | | |
| | 9/12/2013 | Deposition of Hasan Aldemir and Exhibits | Deposition of Hasan Aldemir dated 9/12/2013 page 1 - 71 | | | |
| | 9/23/2013 | Deposition of Pedro De Amras and Exhibits | Deposition of Pedro De Armas dated 9/23/2013 page 1 - 66 | | | |
| | 9/23/2013 | Deposition of Daniel Cardona and Exhibits | Deposition of Daniel Cardona dated 9/23/2013 page 1 - 153 | | | |
| | 10/24/2013 | Deposition of Daniel Cardona and Exhibits | Deposition of Daniel Cardona dated 10/24/2013 page 1 - 41 | | | |
| | 10/25/2013 | Continued Deposition of Jaipal Gill and Exhibits | Continued Deposition of Jaipal Gill dated 10/25/2013 page 1 - 107 | | | |
| | 10/25/2013 | Continued Deposition of Sal Akturk and Exhibits | Continued Deposition of Sal Akturk dated 10/25/2013 page 1 - 65 | | | |

| Trial Exh# | Date | Description | Bates No. | Admitted | Refused |
|---|---|---|---|---|---|
| | 5/28/2008 | Supply Agreement | SW-000001 - SW-000003 | | |
| | 5/22/2008 | Guaranty | SW-000004 - SW-000005 | | |

Page | 12

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re:  Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

| | | Driver's License of Jaipal Gill | SW-000006 | | |
|---|---|---|---|---|---|
| | 6/9/2008 | Supply Agreement Advance Check to Auto Body Tech | SW-000007 | | |
| | 6/9/2008 | Supply Agreement Advance Check to Palm Beach Auto Body | SW-000008 | | |
| | 4/24/2012 - 6/26/2012 | Emails between Pedro deArmas, Ted Williams and Robert Orme | SW-000009 - SW-000016 | | |
| | 10/30/2012 | Affidavit of Robert Orme | SW-000017 - SW-000018 | | |
| | 5/28/2008 | Supply Agreement | SW-000019 - SW-000021 | | |
| | 5/22/2008 | Guaranty | SW-000022 - SW-000023 | | |
| | 4/26/2012 | Letter from Robert Orme to Jaipal Gill | SW-000024 | | |
| | 4/25/2012 | Email from Pedro deArmas to Robert Orme | SW-000025 | | |
| | | Divisions of Corporations | SW-000026 - SW-000028 | | |
| | 7/8/2008 | InFile Report | SW-000029 - SW-000034 | | |
| | 7/8/2008 | DNBi Live Report | SW-000035 - SW-000042 | | |
| | 3/31/2008 | SW Commercial Credit Application | SW-000043 | | |
| | | Personal Financial of SpeedyMart | SW-000044 - SW-000046 | | |
| | 1/17/2007 | 2005 Tax Return for Jailpal Gill | SW-000047 - SW-000071 | | |
| | 4/2008 | Limited Ultra Guaranty AWX Lifetime | SW-000072 - SW-000073 | | |
| | 3/16/2012 – 6/25/2012 | Emails between Pedro deArmas, Sam Evans, Daniel Cardona, and Ted Williams | SW-000074 - SW-000093 | | |
| | 5/28/2008 | Supply Agreement | SW-000099 - SW-000101 | | |
| | 5/22/2008 | Guaranty | SW-000102 | | |
| | | Driver's License of Jaipal Gill | SW-000103 | | |
| | 6/25/2012 – 6/26/2012 | Emails Between Pedro deArmas, Ted Williams, Jaipal Gill, Daniel Cardona | SW-000105 - SW-000108 | | |
| | 5/2008 – 2/2009 | Net Sales Report | SW-000109 - SW-000295 | | |
| | | Troubleshooting Refinish Problems | SW-000296 - SW-000359 | | |
| | 4/1/2013 | SW Product Data Sheet | SW-000360 - | | |

Page | 13

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re:  Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

| | | Catalog | SW-000364 | | |
|---|---|---|---|---|---|
| | 4/8/2008 | Expense Appropriation | SW-000365 - SW-000368 | | |
| | 5/29/2008 | Payment Request | SW-000369 - SW-000371 | | |
| | 4/26/2012 | Approval List | SW-000372 | | |
| | 4/8/2008 | Expense Appropriation | SW-000373 - SW-000374 | | |
| | 3/31/2008 | SW Fax Cover Sheet | SW-000375 | | |
| | 3/31/2008 | Commercial Account Information | SW-000376 | | |
| | 4/8/2008 | Expense Appropriation | SW-000377 - SW-000382 | | |
| | 11/2006 | SW Estimator Certification Program | SW-000383 - SW-000386 | | |
| | 10/7/2011 | SW Associated Production Information | SW-000387 - SW-000388 | | |
| | | Body Shop Recognition Program | SW-000389 - SW-000391 | | |
| | | Claims Solutions | SW-000392 | | |
| | 10/7/2011 | Associated Product Information | SW-000393 | | |
| | 8/1/2007 | Chrysler Approves SW | SW-000394 | | |
| | 11/23/2007 | SW Brochure | SW-000395 - SW-000396 | | |
| | 8/1/2007 | Chrysler Approves SW | SW-000397 | | |
| | 6/19/2006 | SW Approves Chrysler | SW-000398 | | |
| | 5/16/2007 | Chrysler Approves SW | SW-000399 | | |
| | 6/29/2007 | SW Approves Chrysler | SW-000400 | | |
| | | Chrysler Approves SW | SW-000401 | | |
| | 4/10/2009 | Chrysler Approves Refinish Paint Suppliers and Paint Materials/Systems Deck | SW-000402 - SW-000403 | | |
| | 3/7/2011 | Honda Announces Body Shop Recognition | SW-000404 - SW-000405 | | |
| | | CollisionLink | SW-000406 | | |
| | 1/21/2008 | Hyundai New Exterior Color Codes | SW-000407 | | |
| | 1/2009 | SW approval from Jaguar and Land Rover | SW-000408 - SW-000409 | | |
| | 5/14/2010 | 2010 GM Approved | SW-000410 | | |
| | 8/13/2010 | Mazda Validates SW | SW-000411 | | |
| | 3/11/2011 | 2011 GM Approved | SW-000412 | | |
| | 7/17/2009 | Mazda Service Bulletin | SW-000413 - SW-000415 | | |
| | 7/10/2006 | New Paint Program for Nissan Vehicles | SW-000416 | | |
| | 6/29/2007 | Nissan Recommends SW | SW-000417 | | |

Page | 14

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

| | | | | |
|---|---|---|---|---|
| | 7/13/2007 | Subaru Paint Code Info | SW-000418 - SW-000422 | |
| | 5/2010 | SW Outstanding Service Award | SW-000423 - SW-000424 | |
| | 3/2011 | SW 2011 Estimator Training Program | SW-000425 - SW-000426 | |
| | 12/12/2008 | Volvo Car Corporation | SW-000427 - SW-000474 | |
| | | SW Paint Products and Systems | SW-000475 - SW-000540 | |
| | | Best Demonstrated Practices | SW-000541- SW-000542 | |
| | | A-Plus Network | SW-000543 - SW-000544 | |
| | | SW Painter Technician Courses Cost/Length/Overview | SW-000545 - SW-000550 | |
| | | SW Jobber Courses Cost/Length/Overview | SW-000551 - SW-000553 | |
| | | All Categories Courses Cost/Length/Overview | SW-000554 - SW-000573 | |
| | | Blend Area Refinishing | SW-000574 | |
| | | Repair Area Refinishing | SW-000575 | |
| | | New Metal Part Refinishing | SW-000576 | |
| | | Jambing Parts Refinishing | SW-000577 - SW-000578 | |
| | | Primed Plastic Parts Refinishing | SW-000579 | |
| | | Unprimed Plastic Parts Refinishing | SW-000580 - SW-000581 | |
| | | SW Farecla products | SW-000582 | |
| | | The Approach of Body Shop Profitability | SW-000583 | |
| | | Blend Area Refinishing | SW-000584 | |
| | | Best Demonstrated Practices | SW-000585 | |
| | 2008 | 2008 Audi Color Compatibility | SW-000586 | |
| | 2008 | 2008 Chrysler Color Compatibility | SW-000587 - SW-000607 | |
| | 2008 | 2008 Ford Motor Color Compatibility | SW-000608 - SW-000627 | |
| | 2008 | 2008 GM Color Compatibility | SW-000628 - SW-000654 | |
| | 2008 | 2008 Nissan Color Compatibility | SW-000655 - SW-000656 | |
| | 2008 | 2008 Isuzu Color Compatibility | SW-000657 - SW-000662 | |
| | 2008 | 2008 Jaguar Color Compatibility | SW-000663 - SW-000664 | |
| | 2008 | 2008 KIA Color | SW-000665 - | |

Page | 15

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

|  |  | Compatibility | SW-000670 |  |  |
|---|---|---|---|---|---|
|  | 2008 | 2008 Land Rover Color Compatibility | SW-000671 |  |  |
|  | 2008 | 2008 Mazda Color Compatibility | SW-000672 - SW-000674 |  |  |
|  | 2008 | 2008 Mitsubishi Color Compatibility | SW-000675 |  |  |
|  | 2008 | 2008 SAAB Color Compatibility | SW-000676 |  |  |
|  | 2008 | 2008 Subaru Tu-Tone Combination Codes | SW-000677 |  |  |
|  | 2008 | 2008 Toyota Color Compatibility | SW-000678 - SW-000679 |  |  |
|  | 2008 | 2008 Volvo Color Compatibility | SW-000680 |  |  |
|  | 2009 | 2009 Audi Color Compatibility | SW-000681 |  |  |
|  | 2009 | 2009 Chrysler Color Compatibility | SW-000682 - SW-000698 |  |  |
|  | 2009 | 2009 Ford Motor Color Compatibility | SW-000699 - SW-000744 |  |  |
|  | 2009 | 2009 GM Color Compatibility | SW-000745 - SW-000816 |  |  |
|  | 2009 | 2009 Jaguar Color Compatibility | SW-000817 |  |  |
|  | 2009 | 2009 Kia Tu-Tone Combination Codes | SW-000818 |  |  |
|  | 2009 | 2009 Land Rover Color Compatibility | SW-000819 |  |  |
|  | 2009 | 2009 Mazda Color Compatibility | SW-000820 - SW-000822 |  |  |
|  | 2009 | 2009 Mitsubishi Color Compatibility | SW-000823 |  |  |
|  | 2009 | 2009 SAAB Color Compatibility | SW-000824 |  |  |
|  | 2009 | 2009 Subaru To-Tone Combination Code | SW-000825 |  |  |
|  | 2009 | 2009 Suzuki Color Codes | SW-000826 |  |  |
|  | 2009 | 2009 SW Color Manual for Ford, GM, Chrysler | SW-000827 - SW-000945 |  |  |
|  | 2009 | 2009 SW Color Manual | SW-000946 - SW-001002 |  |  |
|  | 2009 | 2009 Toyota/Lexus Color Compatibility | SW-001003 |  |  |
|  | 2010 | 2010 Audi Color | SW-001004 |  |  |
|  | 2010 | 2010 Chrysler Color Compatibility | SW-001005 - SW-001017 |  |  |
|  | 2010 | 2010 Ford Motor Color Compatibility | SW-001018 - SW-001041 |  |  |
|  | 2010 | 2010 GM Color Compatibility | SW-001042 - SW-001075 |  |  |
|  | 2010 | 2010 Jaguar Color | SW-001076 |  |  |

Page | 16

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

| | | Compatibility | | | |
|---|---|---|---|---|---|
| | 2010 | 2010 Land Rover Color Compatibility | SW-001077 | | |
| | 2010 | 2010 Mazda Color Compatibility | SW-001078 - SW-001079 | | |
| | 2010 | 2010 Mitsubishi Color Compatibility | SW-001080 | | |
| | 2010 | 2010 Subaru Tu-Tone Combination Codes | SW-001081 | | |
| | 2010 | 2010 Suzuki Color Codes | SW-001082 | | |
| | 2010 | 2010 Color Manual for Chrysler, Ford, GM | SW-001083 - SW-001191 | | |
| | 2010 | 2010 Color Manual for foreign vehicles | SW-001192 - SW-001246 | | |
| | 2010 | 2010 Toyota Color Compatibility | SW-001247 | | |
| | 2010 | 2010 Volkswagon/Audi Color Compatibility | SW-001248 | | |
| | 2011 | 2011 BMW Mini Color Listings/Compatibility | SW-001249 - SW-001274 | | |
| | 2011 | 2011 Chrysler Color Compatibility/Listing | SW-001275 - SW-001312 | | |
| | 2011 | 2011 Fiat Color Compatibility/Listing | SW-001313 - SW-001317 | | |
| | 2011 | 2011 Ford Color Compatibility/Listing | SW-001318 - SW-001446 | | |
| | 2011 | 2011 GM Color Compatibility/Listing | SW-001447 - SW-001558 | | |
| | 2011 | 2011 Honda/Acura Color Compatibility/Listing | SW-001559 - SW-001567 | | |
| | 2011 | 2011 Hyundai Color Compatibility/Listing | SW-001568 - SW-001578 | | |
| | 2011 | 2011 Jaguar Color Compatibility/Listing | SW-001579 - SW-001581 | | |
| | 2011 | 2011 Kia Color Compatibility/Listing | SW-001582 - SW-001586 | | |
| | 2011 | 2011 Land Rover Color Compatibility/Listing | SW-001587 - SW-001589 | | |
| | 2011 | 2011 Maybach Color Compatibility/Usage | SW-001590 - SW-001592 | | |
| | 2011 | 2011 Mazda Color Compatibility/Usage | SW-001593 - SW-001599 | | |
| | 2011 | 2011 Mercedes Color Listing/Compatibility | SW-001600 - SW-001609 | | |
| | 2011 | 2011 Mitsubishi Color Compatibility/Listing | SW-001610 - SW-001615 | | |
| | 2011 | 2011 Nissan Color Compatibility/Listing | SW-001616 - SW-001625 | | |
| | 2011 | 2011 Porsche Color Compatibility/Listing | SW-001626 - SW-001632 | | |
| | 2011 | 2011 Saab Color | SW-001633 - | | |

Page | 17

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
**www.MackLawFirm.org**
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*

| | | Compatibility/Listing | SW-001635 | | |
|---|---|---|---|---|---|
| | 2011 | 2011 Smart Color Compatibility/Listing | SW-001636 - SW-001637 | | |
| | 2011 | 2011 Subaru Color Compatibility/Listing | SW-001638 - SW-001641 | | |
| | 2011 | 2011 Suzuki Color Compatibility/Listing | SW-001642 - SW-001645 | | |
| | 2011 | 2011 Toyota/Lexus Color Compatibility/List | SW-001646 - SW-001668 | | |
| | 2011 | 2011 Volkswagon/Audi Color Listing | SW-001669 - SW-001680 | | |
| | 2011 | 2011 Volvo Color Compatibility/Listing | SW-001681 - SW-001687 | | |
| | 2011 | 2011 Volkswagon/Audi Color Compatibility | SW-001688 - SW-001695 | | |
| | 2011-2012 | 2011-2012 Color Manual for Ford, GM, Chrysler | SW-001696 - SW-001897 | | |
| | 2011-2012 | 2011-2012 Color Manual for Asian/European | SW-001898 - SW-001983 | | |
| | 2012 | 2012 BMW Color Compatibility | SW-001984 - SW-001992 | | |
| | 2012 | 2012 Chrysler Color Compatibility | SW-001993 - SW-002027 | | |
| | 2012 | 2012 Fiat Color Compatibility | SW-002028 - SW-002031 | | |
| | 2012 | 2012 GM Color Compatibility | SW-002032 - SW-002110 | | |
| | 2012 | 2012 Jaguar Color Compatibility | SW-002111 - SW-002112 | | |
| | 2012 | 2012 Kia Color Compatibility | SW-002113 - SW-002114 | | |
| | 2012 | 2012 Land Rover Color Compatibility | SW-002115 - SW-002116 | | |
| | 2012 | 2012 Mazda Color Compatibility | SW-002117 | | |
| | 2012 | 2012 Mitsubishi Color Compatibility | SW-002118 - SW-002119 | | |
| | 2012 | 2012 Porsche Color Compatibility | SW-002120 - SW-002121 | | |
| | 2012 | 2012 Saab Color Compatibility | SW-002122 | | |
| | 2012 | 2012 Smart Color Compatibility | SW-002123 | | |
| | 2012 | 2012 Suzuki Color Compatibility | SW-002124 | | |
| | 2012 | 2012 Volvo Color Compatibility | SW-002125 - SW-002127 | | |
| | 2012 | 2012 Volkswagon/Audi Color Compatibility | SW-002128 - SW-002132 | | |

Page | 18

Mack Law Firm Chartered
2022 Placida Road ☼ Englewood Florida 34224-5204 ☼ (941) 475 7966 T ☼ (941) 475-0729 F
www.MackLawFirm.org
*This pleading serves as designation of email addresses pursuant to Fla. R. Jud. Admin. 2.516, effective September 1, 2012, and to In Re: Email Service Rule No. SC 102101 (Second Corrected Opinion issued June 21, 2012)*